IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK,
a federally chartered thrift institution headquartered in Omaha, Nebraska;
COLORADO CHEQUE CONNECTION, INC., a Colorado corporation; and
GENEVIEVE BABCOCK-ELDER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant Colorado Cheque Connection, Inc. and Genevieve Babcock-Elder's Unopposed Motion to Amend Answer (filed August 26, 2005, *doc. no. 17*) is **GRANTED**. The Clerk's office is instructed to accept for filing Defendants' Amended Answer and Jury Demand tendered to the Court on August 26, 2005, (*doc. no. 17-2*) as of the date of this order.

**DATED:**     August 29, 2005