IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK,
a federally chartered thrift institution headquartered in Omaha, Nebraska;
COLORADO CHEQUE CONNECTION, INC., a Colorado corporation; and
GENEVIEVE BABCOCK-ELDER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that parties' Stipulated Motion to Amend Protective Order (filed September 28, 2005; *doc. no. 25* ) is **GRANTED**. Paragraph 3 of the Protective Order is amended to read:

    3.    Information designated as "CONFIDENTIAL" shall be defined as: (a) Documents and information produced by Commercial Federal Bank, Colorado Cheque Connection, Inc. and/or Genevieve Babcock-Elder ("Defendants") or any of Defendants' agents or representatives, when designated as "confidential" as provided herein, concerning confidential or proprietary business information or current or former employees of Defendants, including personnel or personnel related documents or internal memoranda; and (b) Documents and information produced by or obtained through releases produced to Plaintiff, concerning individual medical, financial, personal identification and/or tax records, shall also be treated as confidential.

    IT IS FURTHER **ORDERED** that future motions in this matter, which are unaccompanied by a proposed order submitted to chambers will be denied, without prejudice. The parties are DIRECTED to D.C.COLOL.CIVR. 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

**DATED:**    September 29, 2005