IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK,
a federally chartered thrift institution headquartered in Omaha, Nebraska;
COLORADO CHEQUE CONNECTION, INC., a Colorado corporation; and
GENEVIEVE BABCOCK-ELDER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendants' Motion for Leave to Reopen Discovery of Plaintiff's Claims Set forth in Second Amended Complaint (filed January 10, 2006; *doc. no. 53*) is **GRANTED**. *All pretrial deadlines previously set by this Court remain in effect.*

**DATED:**    January 13, 2006