IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK,
a federally chartered thrift institution headquartered in Omaha, Nebraska;
COLORADO CHEQUE CONNECTION, INC., a Colorado corporation; and
GENEVIEVE BABCOCK-ELDER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Stipulated Motion to Modify Scheduling Order With Respect to Expert Witness Deadlines is **GRANTED**. The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **March 1, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **March 31, 2006** |
| Discovery deadline | **May 1, 2006** |
| Dispositive motion deadline | **May 15, 2006** |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**     January 31, 2006