IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK,
a federally chartered thrift institution headquartered in Omaha, Nebraska;
COLORADO CHEQUE CONNECTION, INC., a Colorado corporation; and
GENEVIEVE BABCOCK-ELDER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is a Motion to Withdraw Mark W. Gerganoff as Counsel of Record (*doc. no. 139)*.  It is hereby **ORDERED** that the instant motion is **GRANTED.**

    Attorney Gerganoff is relieved of any further representation of *Plaintiff Mohamedbhai* in the above captioned matter.  The Clerk's Office is instructed to remove Mr. Gerganoff from the electronic certificate of mailing.

**DATED:**    August 18, 2006