**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.:  05-cv-00530-WDM-CBS**     FTR-Reporter Deck Courtroom A402
**Date:  December 5, 2006**                    **Courtroom Deputy:**  Ben Van Dyke

QUSAIR MOHAMEDBHAI,                            Mari A. Newman

    **Plaintiff,**

    v.

COMMERCIAL FEDERAL BANK,                       Gregory L. Williams
a federally chartered thrift institution headquartered   Joel A. Richardson
in Omaha, Nebraska, et al.,

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:     8:30 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion to File Amended Exhibit List to the Final Pretrial Order dated October 25, 2006 (doc. 166).

**ORDERED:   Plaintiff's Motion to File Amended Exhibit List to the Final Pretrial Order filed October 25, 2006 (doc. 166) is denied for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess**:     **8:46 a.m.**
Total   In-Court Time:     00:16