**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-00530-WDM-CBS** | **FTR**-Reporter Deck-Courtroom A402 |
| **Date: January 11, 2007** | **Courtroom Deputy:** Ben Van Dyke |

QUSAIR MOHAMEDBHAI,                             Mari A. Newman, via telephone

    **Plaintiff,**

    v.

COMMERCIAL FEDERAL BANK,                        Gregory L. Williams, via telephone
a federally chartered thrift institution headquartered   Brad Ross-Shannon, via telephone
in Omaha, Nebraska, *et al.*,

    **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:**     8:30 a.m.
Court calls case. Appearances of counsel.

Counsel discuss their discovery disputes with the Court.

Plaintiff may file a motion regarding discussed discovery disputes.

Defendants shall supplement discovery responses regarding alerts for 2006 by January 15, 2006.

**ORDERED:**    **Defendants Colorado Cheque Connection, Inc., & Genevieve Babcock-Elder's Motion for a Protective Order , or, in the Alternative, Motion to Quash Subpoena Duces Tecum and Motion for Sanctions [filed December 18, 2006; doc. 174] is denied as moot.**

HEARING CONCLUDED.
**Court in Recess**:     **9:08 a.m.**
Total   In-Court Time:   00:38