# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 19, 2007 |
| Court Reporter: Janet Coppock | Time: 40 minutes |

**CASE NO.   05-cv-00530-WDM-CBS**

| Parties | Counsel |
|---|---|
| QUSAIR MOHAMEDBHAI, | Darold Killmer |
| | Mari Newman |
| Plaintiff, | Sarah Rich |
| vs. | |
| COMMERCIAL FEDERAL BANK, | Gregory Williams |
| COLORADO CHEQUE CONNECTION, | Bradley Ross-Shannon |
| INC., and | Jennifer Salisbury |
| GENEVIEVE BABCOCK-ELDER, | Joel Richardson |
| Defendants. | |

## TELEPHONE CONFERENCE

**1:37 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Qusair Mohamedbhai is present in counsels' office.

Discussion regarding Defendant Colorado Cheque Connection, Inc.'s status in light of the entry of judgment.  Court advised that Defendant Colorado Cheque Connection, Inc. Is completely out of this case.

Page Two
05-cv-00530-WDM-CBS
July 19, 2007

Court and counsel discuss pending pretrial matters, including jury instructions and pending motions.

**ORDERED:**  Defendants' Motion in Limine (Doc #144), filed 9/18/06 is **DENIED.**

**ORDERED:**  Defendants' Motion in Limine (Doc #188), filed 6/21/07 is **GRANTED.**

**ORDERED:**  Defendants' Motion in Limine (Doc #190), filed 6/21/07 is **GRANTED** as stated on the record.

**ORDERED:**  Defendants' Motion to Supplement Witness and Exhibit Lists (Doc #192), filed 6/21/07 is **MOOT.**

**ORDERED:**  Defendants' Motion to Supplement Exhibit List (Doc #194), filed 6/28/07 is **GRANTED WITHOUT PREJUDICE** to its admissibility.

**2:17 p.m.**     **COURT IN RECESS**

**Total in court time:**     **40 minutes**

**Hearing concluded**