IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to set for trial is denied without prejudice pending ruling on Rule 50 motion.

Dated:  August 6, 2007

                                      s/ Jane Trexler, Judicial Assistant