# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 1, 2007 |
| Court Reporter: Janet Coppock | Time: one hour and 46 minutes |

**CASE NO.   05-cv-00530-WDM-CBS**

| Parties | Counsel |
|---|---|
| **QUSAIR MOHAMEDBHAI,** | Darold Killmer |
| | Mari Newman |
| Plaintiff, | |
| vs. | |
| **BANK OF THE WEST, formally known as Commercial Federal Bank, and GENEVIEVE BABCOCK-ELDER,** | Gregory Williams |
| | Bradley Ross-Shannon |
| | Jennifer Salisbury |
| Defendants. | |

## TRIAL TO JURY - DAY EIGHT

**9:00 a.m.**    Jurors present to continue deliberations.

**1:41 p.m.**    **COURT IN SESSION**

Court and counsel address jurors' note.

Defendant Genevieve Elder-Babcock moves for a mistrial.

Page Two
05-cv-00530-WDM-CBS
August 1, 2007

**ORDERED:** Defendant Genevieve Elder-Babcock's Motion for Mistrial is **DENIED**.

**1:51 p.m.**     **COURT IN RECESS**

**2:02 p.m.**     **COURT IN SESSION**

Court and counsel address jurors' note.

**2:12 p.m.**     Jurors present.

Court reads Allen jury instructions.

**2:17 p.m.**     Jurors return to continue deliberations.

**2:20 p.m.**     **COURT IN RECESS**

**2:27 p.m.**     **COURT IN SESSION**

Court and counsel address jurors' note.

Defendant Bank of the West moves for mistrial.

Defendant Genevieve Elder-Babcock renews her motion for a mistrial.

**3:34 p.m.**     Jurors present.

Jurors polled and all concur that they are unable to reach a unanimous decision.

**ORDERED:**  Court declares a mistrial.

Mr. Killmer's objections are noted for the record.

**3:37 p.m.**     Jurors thanked for their service and are discharged.

**ORDERED:**  Defendant's Motion in Limine (Doc #189), filed 6/21/07 is **DENIED AS MOOT.**

Page Three
05-cv-00530-WDM-CBS
August 1, 2007

**ORDERED:**  Plaintiff's Unopposed Motion to Extension of Time (Doc #207), filed 7/2/07 is **GRANTED in PART and DENIED in PART.**

**ORDERED:**  Plaintiff's Motion in Limine (Doc #229), filed 7/19/07 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**  Defendants may file a summary of their arguments, pursuant to Rule 50, limited to 10 pages by **August 13, 2007.**  Plaintiff may file his response, limited to 10 pages by **August 24, 2007.**

**3:45 p.m.**    **COURT IN RECESS**

**Total in court time:**        **106 minutes**

**Hearing continued**