IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-000530-WDM-CBS

QUSAIR MOHAMEDBHAI,

    Plaintiff,

v.

COMMERCIAL FEDERAL BANK, *et al.*,

    Defendants.

---

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on a stipulation and a motion for dismissal with prejudice filed by Plaintiff Qusair Mohamedbhai and Defendant Commercial Federal Bank, FSB and its successor by merger, Bank of the West (Bank) (Docket No. 290). Plaintiff seeks to dismiss all of his claims against Bank. I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), and accordingly take judicial notice that the complaint is dismissed with prejudice as to Bank, with each party to pay his or her own attorneys' fees and costs.

DATED at Denver, Colorado, on September 18, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF Final