IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00530-WDM-CBS

QUSAIR MOHAMEDBHAI,

　　　Plaintiff,

v.

GENEVIEVE BABCOCK-ELDER,

　　　Defendant.

---

## NOTICE OF DISMISSAL AS TO DEFENDANT BABCOCK-ELDER

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal With Prejudice as to defendant Babcock-Elder in accordance with Fed. R.

Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice as to defendant

Genevieve Babcock-Elder, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 24, 2007.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　s/ Walker D. Miller
　　　　　　　　　　　　United States District Judge

PDF FINAL